# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:01CR5-6 |
| John Wesley Miller | ) | USM No: 17487-058 |
| Date of Previous Judgment: 10/28/02 | ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _108_ months **is reduced to** _86 months_ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 33 | Amended Offense Level: 31 | |
| Criminal History Category: III | Criminal History Category: III | |
| Previous Guideline Range: 168 to 210 months | Amended Guideline Range: 135 to 168 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❏ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

## III. ADDITIONAL COMMENTS
**It is further ordered** that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated _10/28/02_ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _August 29, 2008_

Effective Date: _August 29, 2008_
(if different from order date)

Richard L. Voorhees
United States District Judge